**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | |
|---|---|
| TOI JUANA CHURCHILL, )<br>  *Plaintiff*, )<br> )<br> v. )  **Case No.**  1:19-cv-3897-JRS-MJD<br> )<br>EQUIFAX INFORMATION SERVICES, LLC, and )<br>CITIZENS ONE AUTO FINANCE, )<br>  *Defendants*. ) | |

## NOTICE OF DISMISSAL

Plaintiff, Toi Juana Churchill, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Defendant, Citizens One auto Finance, only, without prejudice.

Date: October 5, 2020

    Respectfully submitted,

    */s/ Travis W. Cohron*
    Travis W. Cohron, No. 29562-30
    **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
    320 N. Meridian Street, Suite 1100
    Indianapolis, IN 46204
    Telephone: (317) 637-1321
    Fax: (317) 687-2344
    tcohron@clarkquinnlaw.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 5, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                */s/ Travis W. Cohron*
                Travis W. Cohron, No. 29562-30

**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321